# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

160179(26)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

**PEOPLE OF THE STATE OF MICHIGAN,**
    Plaintiff-Appellee,

v

**REGINALD DESHAWN WALKER,**
    Defendant-Appellant.

SC:  160179
COA:  348737
Wayne CC:  13-008885-FH

_____/

On order of the Court, the motion for reconsideration of this Court's March 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020



Clerk

a0720